IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DECATHLON S.A. and DECATHLON USA LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 18-00256 ACK-WRP<br>) |
| ALOKELE HALE LLC, dba H20 NINJA, ALEXANDER KRIVOULIAN | )<br>)<br>) |
| Defendants. | )<br>) |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on June 14, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, July 11, 2019.



_____
Alan C. Kay
Sr. United States District Judge

Decathlon S.A., et al. v. Alokele Hale LLC, et al., Civ. No. 18-00256 ACK-WRP, Order Adopting Magistrate Judge's Findings and Recommendation.

1